**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 FEB 12  A 10: 50

DEPUTY CLERK

UNITED STATES OF AMERICA

Plaintiff,

v.

1052 DOUTY HILL ROAD,
SANGERVILLE, MAINE, with all
appurtenances and improvements
thereon,

Defendant *In Rem*.

No. 1:24-cv-00305-LEW

### DECREE OF FORFEITURE

On August 27, 2024, a Verified Complaint for Forfeiture against the Defendant *in rem* property was filed on behalf of plaintiff United States of America pursuant to the provisions of Title 21, United States Code, Sections 881(a)(7) and 28 United States Code § 2461(a).

On September 20, 2024, potential claimant Alfinity Capital Holdings, L.L.C., the owner of record of the property, and its owner, Alvin Chen, were served by certified mail at their address in Maryland with a copy of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese), and a Lis Pendens relating to this matter. The signed U.S. Postal Service green cards for both letters were returned on September 26, 2024, although the signatures were not legible. No claim has been received.

On October 4, 2024, copies of the same documents were sent via certified mail to Ying Chen, a potential lessee and tenant of the property, at her address in New York. The certified letter was returned as unclaimed. On October 11, 2024, the notice was also sent via regular mail and has not been returned.

On January 24, 2025, the Government sent copies of ECF filings 12, 13, and 14 via regular mail to the potential claimants.

Between October 4, 2024 and November 2, 2024, notice of this action was published on the official government website www.forfeiture.gov.

On October 9, 2024, copies of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese) and a copy of the Lis Pendens relating to this matter were posted on the Defendant *in rem* property by the United States Marshals Service.

It appears that process was fully issued in this action and returned according to law.

On January 17, 2025, the Defendant *in rem* property and all persons claiming an interest in the Defendant *in rem* property were defaulted.

It appears from the record that no other claims, contested or otherwise, have been filed against the Defendant *in rem* property and the time to do so has expired.

NOW, THEREFORE, on the motion of plaintiff United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Defendant *in rem* property is **FORFEITED** to the United States of America and that no right, title, or interest shall exist in any other person or entity, including any rights of possession or occupancy.

**IT IS FURTHER ORDERED** that the Defendant *in rem* property shall be disposed of according to law.

SO ORDERED,

DATED: February 12, 2025

Lance E. Walker
Chief United States District Court Judge